**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Daniel VanDaalen, | ) | No. CV 12-642-PHX-RCB (ECV) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| CO II C. Travis, et al., | ) | |
| Defendants. | ) | |

On March 26, 2012, Plaintiff Daniel VanDaalen, who is confined in the Arizona State Prison Complex-Tucson in Tucson, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1) and an Application to Proceed *In Forma Pauperis*. On March 28, 2012, he filed a Motion for Appointment of Counsel.

**I.    Complaint is not signed**

All pleadings must be signed by the party if the party is not represented by an attorney. Fed. R. Civ. P. 11(a) and LRCiv 3.4, 7.1(b)(1). An unsigned pleading must be stricken unless omission of the signature is corrected promptly after being called to the attention of the party. Fed. R. Civ. P. 11(a).

Plaintiff's Complaint is unsigned. Therefore, Plaintiff will be permitted 30 days from the filing date of this Order to submit a completed and signed Certificate, using the Certificate form included with this Order, certifying that Plaintiff's signature on the Certificate shall serve as an original signature on his Complaint for the purposes of Rule 3.4 of the Local Rules of Civil Procedure and Rule 11 of the Federal Rules of Civil Procedure.

**JDDL**

**II.     Warnings**

    **A.     Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure.  Plaintiff must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

    **B.     Copies**

Plaintiff must submit an additional copy of every filing for use by the Court.  See LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice to Plaintiff.

    **C.     Possible Dismissal**

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice.  Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)     Within 30 days of the date this Order is filed, Plaintiff must file a completed and signed Certificate, using the Certificate form provided with this Order, certifying that Plaintiff's signature on the Certificate shall serve as an original signature on his Complaint for the purposes Rule 3.4 of the Local Rules of Civil Procedure and Rule 11 of the Federal Rules of Civil Procedure.

(2)     If Plaintiff fails to file, within 30 days, a completed and signed Certificate on the form provided with this Order, the Clerk of Court must strike Plaintiff's Complaint and enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff.

. . . .

. . . .

. . . ..

(3)  The Clerk of Court must mail Plaintiff a Certificate form.

DATED this 25th day of April, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

```
_____
_____
_____
(Your Name and Address)
```

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Daniel VanDaalen, | ) | No. CV 12-642-PHX-RCB (ECV) |
| Plaintiff, | ) | **CERTIFICATE** |
| vs. | ) | |
| CO II C. Travis, et al., | ) | |
| Defendants. | ) | |

    I, **Daniel VanDaalen**, hereby certify:

    I have read the *pro se* Complaint (Doc. 1) filed by me on March 26, 2012, and to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

    (1)   it is not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation;

    (2)   the claims, defenses, and other legal contentions therein are warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law;

    (3)   the allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery; and

1         (4)    the denials of factual contentions are warranted on the
evidence or, if specifically so identified, are reasonably based on a
lack of information or belief.

I further certify that my signature on this document shall serve as an original signature on the above-referenced Complaint for the purposes of Local Rule of Civil Procedure 3.4 and Rule 11 of the Federal Rules of Civil Procedure.

EXECUTED on this_____day of_____, 2012.

_____
(Signature of Plaintiff)
Daniel VanDaalen

- 2 -