**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel VanDaalen, | No. CV 12-642-PHX-RCB (ECV) |
| Plaintiff, | **O R D E R** |
| vs. | |
| C.O. III C. Travis, et al., | |
| Defendants. | |

In an August 8, 2012 Order, the Court dismissed Plaintiff Daniel VanDaalen's First Amended Complaint and this action because Plaintiff had failed to state a claim upon which relief could be granted. The Clerk of Court entered Judgment on August 8, 2012.

On August 22, 2012, Plaintiff filed a "Petition: Am[i]cus Curie" (Doc. 13).[1] Because this case is closed, the Court will deny the "Petition: Am[i]cus Curie."

**IT IS ORDERED** that the "Petition: Am[i]cus Curie" (Doc. 13) is **denied**. This case must remain **closed**.

DATED this 17th day of September, 2012.

Robert C. Broomfield
Senior United States District Judge

---

[1] Although the document was signed by Plaintiff, it appears to have been written in support of Plaintiff by another inmate.